1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL F. HEALY (Bar No. 095098)
2  WAYNE WOLFF  (Bar No. 161351)
   JOHN G. GHERINI  (Bar No. 220981)
3  One Embarcadero Center, 16th Floor
   San Francisco, California 94111-3628
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  BRISTOL-MYERS SQUIBB COMPANY and
   MEDICAL ENGINEERING CORPORATION
7

8

9                    UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12

| SHIRLEY BYLARD, | CASE NO. 2:05-CV-0266 WBS KJM |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, MEDICAL ENGINEERING CORPORATION and DOES 1 through 20, Inclusive, | |
| Defendants. | |

20      The undersigned counsel of record hereby mutually agree and stipulate on behalf of the

21  parties represented by them that:

22      1. They are each authorized to enter into this stipulation;

23      2. This stipulation represents the stipulation of all parties to this action, within the

24  meaning of Federal Rules of Civil Procedure, Rule 41(a);

25      3. Plaintiff and defendants have reached and concluded a full resolution of all issues in the

26  litigation and entered into a settlement agreement and release accordingly; and

27  ///

28  ///

-1-
STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER
Case No. 2:05-CV-0266 WBS KJM

4.  Based on said resolution, plaintiff dismisses the action with prejudice, each party to bear her or its own costs in accordance with the provisions of the aforementioned settlement agreement.

The Clerk is requested to enter the dismissal accordingly.

DATED:                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
    Wayne A. Wolff
    Attorneys for Defendant
    BRISTOL-MYERS SQUIBB COMPANY and
    MEDICAL ENGINEERING CORPORATION

DATED:                LAW OFFICES OF LANA J. FELDMAN


By: _____
    Lana J. Feldman
    Attorneys for Plaintiff
    SHIRLEY BYLARD

IT IS SO ORDERED.

DATED: _June 16, 2005_____

            _____/s/ Frank C. Damrell Jr._____
            UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER
Case No. 2:05-CV-0266 WBS KJM